

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00154-CR

| | | |
|---|---|---|
| WILLIAM NEIL GALLAGHER, Appellant | § | On Appeal from Criminal District Court No. 1 |
| | § | of Tarrant County (1607330D) |
| V. | § | December 29, 2022 |
| | § | Memorandum Opinion by Justice Womack |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgments. It is ordered that the judgments of the trial court are affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack